THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH McHENRY, Also Known as JOSEPH HENRY and JOSEPH FRANCIS McHENRY, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting him of a violation of section 1140 of the Penal Law. Sentence was suspended and the defendant was placed on probation. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

## (January 21, 1942.)

In the Matter of the Application of LOUIS I. KRAVITZ for Admission to Practice as an Attorney and Counselor at Law. (From the State of New Jersey.) — Application granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of ORLANDO J. RUDSER for Admission to Practice as an Attorney and Counselor at Law. (From the State of Minnesota.) — Application granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor. JJ.